■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MOSES, Also Known as MICHAEL MOSELY, Appellant. [706 NYS2d 893] —Appeal by the defendant from a judgment of the County Court, Westchester County (Leavitt, J.), rendered May 7, 1998, convicting him of attempted murder in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, J. P., Sullivan, S. Miller, Luciano and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED MURRAY, Appellant. [706 NYS2d 887] —Appeal by the defendant from a judgment of the County Court, Nassau County (Galasso, J.), dated June 16, 1998, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing (Gulotta, J.), of that branch of the defendant's omnibus motion which was to suppress statements made by him to law enforcement officials.

Ordered that the judgment is affirmed.

We find no basis in this record to disturb the hearing court's determination that the defendant knowingly, voluntarily, and intelligently waived his *Miranda* rights (*see, Miranda v Arizona,* 384 US 436; *People v Zadorozhnyi,* 267 AD2d 263; *People v Barksdale,* 140 AD2d 531). Friedmann, J. P., McGinity, Luciano and Feuerstein, JJ., concur.